**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| MICHAEL SUNDERMAN ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:20-cv-00917 |
| ) | |
| v. ) | |
| ) | |
| ) | Judge Matthew W. McFarland |
| ) | |
| BEECHMONT FORD, INC. ) | |
| ) | |
| Defendant. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michael Sunderman ("Plaintiff") and Defendant Beechmont Ford, Inc. ("Defendant") hereby stipulate that all claims of Plaintiff against Defendant are dismissed in their entirety without prejudice, such that no claims remain pending in this case. Each party shall bear their own attorney's fees, expenses, and costs.

1

2

| | |
|---|---|
| *s/ Adam V. Sadlowski* | *s/ Jessica A Curry Bogie (per email auth.)* |
| Adam V Sadlowski (0079582) | David P. Bolek (0087088) |
| SADLOWSKI LAW LLC | Jessica A. Curry Bogie (0087234) |
| 11427 Reed Hartman Highway, Suite 210 | P. O. Box 145496 |
| Blue Ash, OH 45247 | Cincinnati, OH 45250-5496 |
| T: 513-618-6595 | T: 513-603-5272 |
| F: 513-618-6442 | F: 513-870-2900 |
| Email: asadlowski@sb-lawyers.com | E-Mail: David_bolek@staffdefense.com |
| | Jessica_currybogie@staffdefense.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |